**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN C. HOM & ASSOCIATES, INC., | No. 13-72684 |
| Petitioner - Appellant, | Tax Ct. No. 14081-11 |
| v. | |
| COMMISSIONER OF INTERNAL REVENUE, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from a Decision of the
United States Tax Court

Submitted March 15, 2016[**]

Before: GOODWIN, LEAVY, and CHRISTEN Circuit Judges.

John C. Hom & Associates, Inc., appeals pro se from the Tax Court's order

dismissing its petition challenging assessed tax deficiencies for tax years 2005

through 2009. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We dismiss

this appeal because appellant, a corporation, must appear in court through an

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

attorney. *See Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").

Hom's motion for miscellaneous relief, filed on March 7, 2016, is denied.

Appellee's requests to strike portions of the excerpts of record, raised in its answering brief, are denied as unnecessary.

**DISMISSED.**